**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA**

JEFFREY ROBERT FLESNER et al.,

    *Plaintiffs,*

v.

AMERICAN CONTRACT SYSTEMS, et al.

    *Defendants.*

No.:

## <u>DECLARATION OF PHILIP FLEISCHHACKER</u>

1. I, Philip Fleischhacker, declare under penalty of perjury pursuant to 28 U.S. § 1746, that the foregoing is true and correct:

2. I am over the age of 18 years and am a resident of Minnesota.

3. I am competent to testify in this matter and have personal knowledge of the matters stated in this Declaration.

4. American Contract Systems, Inc. ("ACS") is a Minnesota corporation that was incorporated in the state of Minnesota on December 9, 1992. A true and correct copy of ACS's Articles of Incorporation filed with the Minnesota Secretary of State is attached as Exhibit O.

5. I began work at ACS in 2000. My current title is Senior Engineering and Technical Manager, ACS.

6. Although the Complaint alleges that ACS's principal place of business is 10900 Nuckols Road, Suite 400, Glen Allen, Virginia 23060, that location refers to

1

ACS's mailing address.

7.    ACS does not maintain, and has never maintained, corporate offices in Virginia. ACS does not currently operate a facility in Virginia.

8.    ACS's headquarters are located at 4801 West 81st Street Suite 110, Bloomington, Minnesota 55437. ACS's core managerial and administrative functions are carried out from its Minnesota headquarters, where I have my office.

**I declare under penalty of perjury that the foregoing is true and correct. Executed on July 11, 2025, within the United States.**

**Philip Fleischhacker**

2