**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

JEFFREY ROBERT FLESNER et al.,

*Plaintiffs*,

v.

AMERICAN CONTRACT SYSTEMS, et al.

*Defendants*.

No.:

**DECLARATION OF VARUN AERY**

1.     I, Varun Aery, declare under penalty of perjury pursuant to 28 U.S. § 1746, that the foregoing is true and correct:

2.     I am over the age of 18 years and am a resident of Washington, D.C.

3.     I am competent to testify in this matter and have personal knowledge of the matters stated in this Declaration.

4.     I am an associate at HollingsworthLLP, which represents American Contract Systems, Inc., a defendant named in the above-captioned case.

5.     I used the U.S. Environmental Protection Agency's ("EPA") Demographics Proximity Tool to calculate the population within 8 kilometers (approximately 5 miles) around ACS's current facilities located in Grimes, Iowa; Fort Myers, Florida; Temple Terrace, Florida; Tiffin, Ohio; Zelienople, Pennsylvania, and ACS's former operations in Houston, Texas.

6.     I adhered to the EPA's "Proximity Tool User's Guide" available at https://www.epa.gov/fera/demographics-proximity-tool.

1

7.     A true and correct copy of plaintiff Jeffrey Robert Flesner's Florida voter registration status downloaded from the Florida Secretary of State's website is attached as Exhibit B. Personal identifiers have been redacted pursuant to Local Rule 5.1.3.

8.     A true and correct copy of plaintiff Monica Flesner's Florida voter registration status downloaded from the Florida Secretary of State's website is attached as Exhibit C. Personal identifiers have been redacted pursuant to Local Rule 5.1.3.

9.     A true and correct copy of plaintiff Elaine McCoy's Ohio voter registration status downloaded from the Ohio Secretary of State's website is attached as Exhibit D. Personal identifiers have been redacted pursuant to Local Rule 5.1.3.

10.    A true and correct copy of plaintiff Sarah Rumbaugh's Pennsylvania voter registration status downloaded from the Pennsylvania Department of State's website is attached as Exhibit E. Personal identifiers have been redacted pursuant to Local Rule 5.1.3.

11.    A true and correct copy of plaintiff Gaeann Wever's Florida voter registration status downloaded from the Florida Secretary of State's website is attached as Exhibit F. Personal identifiers have been redacted pursuant to Local Rule 5.1.3.

12.    A true and correct copy of plaintiff Jovasia Sierra Spikes' Florida voter registration status downloaded from the Florida Secretary of State's website is attached as Exhibit G. Personal identifiers have been redacted pursuant to Local Rule 5.1.3.

13.    A true and correct copy of plaintiff Gloria Tuin's Florida voter registration status downloaded from the Florida Secretary of State's website is attached as Exhibit H. Personal identifiers have been redacted pursuant to Local Rule 5.1.3.

14.   A true and correct copy of plaintiff Gloria Tuin's Florida Driver License Record downloaded from LexisNexis is attached as Exhibit I. Personal identifiers have been redacted pursuant to Local Rule 5.1.3.

15.   A true and correct copy of plaintiff Karri Sue Meacham's Ohio voter registration status downloaded from the Ohio Secretary of State's website is attached as Exhibit J. Personal identifiers have been redacted pursuant to Local Rule 5.1.3.

16.   A true and correct copy of plaintiff Rhonda Johnson's voter registration status downloaded from the Iowa Secretary of State's website is attached as Exhibit K. Personal identifiers have been redacted pursuant to Local Rule 5.1.3.

17.   A true and correct copy of plaintiff Nancy Uhl's voter registration status downloaded from the Iowa Secretary of State's website is attached as Exhibit L. Personal identifiers have been redacted pursuant to Local Rule 5.1.3.

18.   A true and correct copy of plaintiff Darci Plumb's voter registration status downloaded from the Iowa Secretary of State's website is attached as Exhibit M. Personal identifiers have been redacted pursuant to Local Rule 5.1.3.

19.   A true and correct copy of plaintiff Virginia Jackson's voter registration status downloaded from the Texas Secretary of State's website is attached as Exhibit N. Personal identifiers have been redacted pursuant to Local Rule 5.1.3.

**I declare under penalty of perjury that the foregoing is true and correct. Executed on July 11, 2025, within the United States.**

_____

**Varun Aery**

3