# EXHIBIT D

Case 2:25-cv-01552-RJC    Document 1-6    Filed 07/11/25    Page 2 of 3

skip to content | skip to navigation

 An official State of Ohio government website. Here's how you know



Home | Secretary LaRose & the Office | Elections & Voting | Campaign Finance |
Legislation & Ballot Issues | Businesses | Notary | Records | Media

# VOTER PROFILE PAGE

🖨 Print friendly

| | |
|---|---|
| Name: | ELAINE MARIE MCCOY |
| Address: | 78 ALLEN ST<br>TIFFIN OH 44883 |
| Polling Location: | ST MARY S SCHOOL<br>101 MIAMI ST<br>TIFFIN OH OH 44883<br>(Get Directions) * |
| Precinct: | PRECINCT TIFFIN 3-C |
| US Congressional District: | 5 |
| Senate District: | 26 |
| State Rep. District: | 88 |

Please Note – If the address above is out-of-date, follow this link to update your voting address online. Remember the deadline to register to vote or to update your voting information is 30 days prior to the election in which you wish to vote.

If you are unable to locate your voter registration information, but believe you are registered to vote, it is recommended that you search again making sure all information provided is accurate. Contact your county board of elections regarding any questions pertaining to your voter registration. Follow this link for a full listing of Boards of Elections.

**Follow this link to search again.**

If you are unable to locate your voter registration information but think you are registered to vote and you have not moved outside of your county of prior registration, you may be eligible to cast a provisional ballot during in-person absentee voting period at an appropriate early voting location or the county board of elections, or on Election Day at the correct polling place for your current address that may be counted.

The information displayed on this page is data sent to the Ohio Secretary of State's Office from the local county boards of elections. If your county board of elections has notified you by mail of a precinct change, or if you have a question about any of the information displayed here, please contact your county board of elections directly.  *Follow this link for an Ohio county board of elections directory*.

*Google Maps is an internet-based mapping service. The Ohio Secretary of State's Office makes no guarantee as to the accuracy of the directions provided by Google Maps.*

          

Contact Our Office    Office Publications    Privacy    State of Ohio

(614) 466-2655 | (877) SOS-OHIO (877-767-6446)

TTY: (614) 466-0562 | TTY Toll-free: (877) 644-6889

(614) 466-2655
(877) SOS-OHIO (877-767-6446)

TTY: (614) 466-0562
TTY Toll-free: (877) 644-6889

Secretary LaRose & the Office    Elections & Voting    Campaign Finance    Legislation & Ballot Issues    Businesses    Records
Media