# EXHIBIT E



# RUMBAUGH, SARAH ANN - VOTER STATUS RECORD

YOUR RESIDENTIAL ADDRESS

228 KAUFMAN RD

EVANS CITY PA 16033

YOUR MAILING ADDRESS

Is your information up to date?

If you need to update your voter registration, please visit vote.pa.gov/Register

(https://www.pavoterservices.pa.gov/Pages/VoterRegistrationApplication.aspx) and submit an online voter

registration application.

VOTER RECORD DETAILS

**Status:**

ACTIVE

**Date of Birth:**

██████

**Party:**

████████

**Are you an annual mail-in or absentee voter?**

NO

**Do you have an approved mail ballot request for the upcoming election?**

**NO**

VOTING DISTRICTS

**County:**

BUTLER

**Precinct:**

JACKSON TWP 1

**Municipality:**

JACKSON TWP

**United States Congress:**

16TH CONGRESSIONAL DISTRICT

**State Senate:**

47TH SENATORIAL DISTRICT

**State House:**

12TH LEGISLATIVE DISTRICT

COUNTY BOARD OF ELECTIONS

**Address:**

227 WEST CUNNINGHAM ST PO BOX 1208

BUTLER, PA 16003


**Phone:**

(724) 284-5308

**Email:**

If you have any questions about your voter record or voting districts, you may find county election office contact

information at www.vote.pa.gov/county (http://www.vote.pa.gov/county)


YOUR ELECTION DAY POLLING PLACE

Polling Place for JACKSON TWP 1

JACKSON TOWNSHIP MUNICIPAL BUILDING

140 MAGILL RD

ZELIENOPLE, PA  16063

Polling Place Accessibility

     Accessible Criteria (AccessibilityCriteria.aspx?LanguageCode=en-US)

**Directions to Your Polling Place Location**

Please enter the starting address and click the button below to retrieve the directions to your polling place.

**Address:**

**City:**

Case 2:25-cv-01552-RJC    Document 1-7    Filed 07/11/25    Page 4 of 4

**State:**

Pennsylvania

**Zip Code:**

Get Directions from Here to Polling Place

This website is compatible with the following browsers: