# EXHIBIT G



# Voter Information Lookup

Please find your voter registration information below.

Full Name:
**JOVASIA SIERRA SPIKES**

Street Address:
**5501 FIFTH AVE**

City:
**FORT MYERS**

Zip Code:
**33907**

County Name:
**LEE**

Voter Identification Number:
██████████

Date Of Registration:
**12/7/2021**

Party:
████████████████

Voter Status:
**Active***

* An active voter means the person is registered to vote. The deadline to register to be eligible to vote in an upcoming election is 29 days before that election.

Access Ballot and Precinct Information available through your county Supervisor of Elections' (https://dos.myflorida.com/elections/for-voters/check-your-voter-status-and-polling-place/voter-precinct-lookup/) website.

New Search (/en/CheckVoterStatus)

Please email BVRSHelp@dos.myflorida.com (mailto:BVRSHelp@dos.myflorida.com) for website assistance.

Case 2:25-cv-01552-RJC    Document 1-9    Filed 07/11/25    Page 3 of 3



**Ron DeSantis, Governor
Cord Byrd, Secretary of
State**



# Florida Department of State

Privacy Policy (http://dos.myflorida.com/privacy-policy/)
| Accessibility (http://dos.myflorida.com/accessibility/)
| Site Map (http://dos.myflorida.com/site-map/)
| Communications
(http://dos.myflorida.com/communications/)
| Connect
(http://dos.myflorida.com/communications/connect/)

## Questions or comments? Contact Us (mailto:BVRSHelp@dos.myflorida.com)

Under Florida law, e-mail addresses are public records. If you
do not want your e-mail address released in response to a
public records request, do not send electronic mail to this entity.
Instead, contact this office by phone or in writing.

Copyright (http://dos.myflorida.com/copyright/) © 2019 State of
Florida, Florida Department of State.

R.A. Gray Building
500 South Bronough Street
Tallahassee, Florida 32399-0250

**Voter Assistance Hotline:**
1.866.308.6739
**Hours:** Monday - Friday 8:00 AM - 5:00
PM (Eastern Time)
If hearing or speech impaired, please
contact the Division using the **Florida
Relay Service**
(https://www.ftri.org/relay),
1.800.955.8771 (TTY) or
1.800.955.8770 (Voice) or 1-800-955-
1339 (ASCII), or
1.877.955.8773 (español a español ).