# EXHIBIT H

Case 2:25-cv-01552-RJC · Document 1-10 · Filed 07/11/25



# Voter Information Lookup

Please find your voter registration information below.

Full Name:
**GLORIA ANN TUIN**

Street Address:
**8006 HIDDEN RIVER DR APT A BLDG 15**

City:
**TAMPA**

Zip Code:
**33617**

County Name:
**HILLSBOROUGH**

Voter Identification Number:
█████████

Date Of Registration:
**6/4/2015**

Party:
█████████

Voter Status:
**Inactive\***

\*An inactive voter is a voter who is sent an address confirmation final notice and does not return the postage prepaid form within 30 days or for whom a final notice was returned as undeliverable. An inactive voter is still eligible to vote. However, if the inactive voter does not present to vote, request a vote-by-mail ballot or update his or her registration record after two general elections, the inactive voter will be removed from the registration rolls. Please contact your county Supervisor of Elections to confirm or update your address.

Access Ballot and Precinct Information available through your county Supervisor of Elections' (https://dos.myflorida.com/elections/for-voters/check-your-voter-status-and-polling-place/voter-precinct-lookup/) website.

New Search (/en/CheckVoterStatus)

Please email BVRSHelp@dos.myflorida.com (mailto:BVRSHelp@dos.myflorida.com) for website assistance.

---



**Ron DeSantis, Governor
Cord Byrd, Secretary of
State**

Privacy Policy (http://dos.myflorida.com/privacy-policy/)
| Accessibility (http://dos.myflorida.com/accessibility/)
| Site Map (http://dos.myflorida.com/site-map/)
| Communications
(http://dos.myflorida.com/communications/)
| Connect
(http://dos.myflorida.com/communications/connect/)

## Questions or comments? Contact Us (mailto:BVRSHelp@dos.myflorida.com)

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

Copyright (http://dos.myflorida.com/copyright/) © 2019 State of Florida, Florida Department of State.



# Florida Department of State

R.A. Gray Building
500 South Bronough Street
Tallahassee, Florida 32399-0250

**Voter Assistance Hotline:**
1.866.308.6739
**Hours:** Monday - Friday 8:00 AM - 5:00 PM (Eastern Time)
If hearing or speech impaired, please contact the Division using the **Florida Relay Service**
(https://www.ftri.org/relay),
1.800.955.8771 (TTY) or
1.800.955.8770 (Voice) or 1-800-955-1339 (ASCII), or
1.877.955.8773 (español a español ).