# EXHIBIT I

 LexisNexis

**1 OF 1 RECORD(S)**

# Driver License Records

# Florida Driver License Records

**Driver Information**

| | |
|---|---|
| **Name:** | TUIN, GLORIA ANN |
| **Address:** | 8006 HIDDEN RIVER DR APT A B15 |
| | TAMPA, FL 33617-7565 |
| | HILLSBOROUGH COUNTY |
| **Data source:** | Governmental: FL |

**Personal Information**

| | |
|---|---|
| **SSN:** | ██████████ |
| **Date of Birth:** | ███████ |
| **Gender:** | Female |
| **Race:** | WHITE |
| **Height:** | 5'05" |

**Current License Information**

| | |
|---|---|
| **License Type:** | DRIVER LICENSE |
| **License Class:** | Non-Commercial - Regular Operator License |
| **Issue Date:** | 07/12/2022 |
| **Expiration Date:** | 06/19/2031 |
| **Original Issue Date:** | 06/05/2015 |
| **Restrictions:** | Corrective Lenses |

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: Litigation
Your Secondary DPPA Permissible Use: None
Your GLBA Permissible Use: I have no permissible use

Copyright© 2025 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**End of Document**