# EXHIBIT K

Case 2:25-cv-01552-RJC    Document 1-13    Filed 07/11/25    Page 2 of 5



🇺🇸 This is the official website of the Iowa Secretary of State    Here's how you know

**IOWA SECRETARY OF STATE**
# Paul D. Pate

Home        Businesses        Elections        Notaries        Programs        About

# Am I Registered to Vote Search

NOTICE TO VOTERS - Your polling place may have changed. Please visit this website before each election to check for updated information. County auditors must finalize polling places by 20 days before the election, but polling place locations could change due to an emergency.

# Voter Registration Information

| Full Name | County | Status |
| --- | --- | --- |
| RHONDA RENE JOHNSON | Polk | Active |

# Primary & General Elections

| Your Precinct Name | Your Polling Place Address |
| --- | --- |
| 128 Johnston 4 | 128 FIRST BAPTIST CHURCH 8250 NW 62ND AVE. JOHNSTON 50131 |

# City/School Elections

| Your Precinct Name | Your Polling Place Address |
|---|---|
| 128 Johnston 4 | 128 FIRST BAPTIST CHURCH 8250 NW 62ND AVE. JOHNSTON 50131 |

**Start New Search**

# Disclaimers

The polling place data on this page is for regularly scheduled Primary, General, and City/School Elections only. It is provided by county auditors through the statewide voter registration database.

For Special Elections, please confirm the polling place hours and location with the **county auditor** as the locations may have been consolidated or vote centers may be used.

For all elections, the polls will be open from 7:00 a.m. until 8:00 p.m.

If you have concerns or questions about your polling place or voter registration please **contact your county auditor**.

If you have moved to Iowa from another state or to a different county in Iowa, pre-register to vote in your new county before the first election in which you wish to vote. If you registered after or missed the pre-registration deadline, **Election Day Registration** is available.

If you are 17 years old you may participate in a primary election if you will be 18 on or before the day of the corresponding regular election. For all other elections you must be 18 years old on or before election day.



IOWA SECRETARY OF STATE

## Paul D. Pate

  

 

## Administration

📍 1007 East Grand Avenue

Room 105, State Capitol

Des Moines, IA 50319

✈ **sos@sos.iowa.gov**

## Business Services

📍 First Floor, Lucas Building

321 E. 12th Street

Des Moines, IA 50319

✈ **business.services@sos.iowa.gov**

📞 **(515) 281-5204**

## Elections & Voter Registration

📍 First Floor, Lucas Building

321 E. 12th Street

Des Moines, IA 50319

✈ **elections@sos.iowa.gov**

📞 **(515) 281-0145**

## Safe at Home

📍 P.O. Box 959

Des Moines, IA 50304

✈ **safeathome@iowa.gov**

📞 **(515) 725-7233**

Accessibility