# EXHIBIT L

🇺🇸 This is the official website of the Iowa Secretary of State   Here's how you know



IOWA SECRETARY OF STATE

# Paul D. Pate

**Home**          **Businesses**          **Elections**          **Notaries**          **Programs**          **About**

# Am I Registered to Vote Search

NOTICE TO VOTERS - Your polling place may have changed. Please visit this website before each election to check for updated information. County auditors must finalize polling places by 20 days before the election, but polling place locations could change due to an emergency.

# Voter Registration Information

| Full Name | County | Status |
|---|---|---|
| NANCY JEAN UHL | Polk | Active |

# Primary & General Elections

| Your Precinct Name | Your Polling Place Address |
|---|---|
| 152 Urbandale 8 | 152 URBANDALE LIBRARY<br>3520 86TH ST.<br>URBANDALE<br>50322 |

# City/School Elections

| Your Precinct Name | Your Polling Place Address |
|---|---|
| 152 Urbandale 8 | 152 URBANDALE LIBRARY 3520 86TH ST. URBANDALE 50322 |

**Start New Search**

# Disclaimers

The polling place data on this page is for regularly scheduled Primary, General, and City/School Elections only. It is provided by county auditors through the statewide voter registration database.

For Special Elections, please confirm the polling place hours and location with the **county auditor** as the locations may have been consolidated or vote centers may be used.

For all elections, the polls will be open from 7:00 a.m. until 8:00 p.m.

If you have concerns or questions about your polling place or voter registration please **contact your county auditor**.

If you have moved to Iowa from another state or to a different county in Iowa, pre-register to vote in your new county before the first election in which you wish to vote. If you registered after or missed the pre-registration deadline, **Election Day Registration** is available.

If you are 17 years old you may participate in a primary election if you will be 18 on or before the day of the corresponding regular election. For all other elections you must be 18 years old on or before election day.

6/24/25, 3:06 PM

Case 2:25-cv-01552-RJC Am I Registered to Vote | Iowa Secretary of State - Paul D. Pate Document 1-14 Filed 07/11/25 Page 4 of 5



IOWA SECRETARY OF STATE
## Paul D. Pate

  

 

## Administration

📍 1007 East Grand Avenue
Room 105, State Capitol
Des Moines, IA 50319

✈ **sos@sos.iowa.gov**

## Business Services

📍 First Floor, Lucas Building
321 E. 12th Street
Des Moines, IA 50319

✈ **business.services@sos.iowa.gov**

📞 **(515) 281-5204**

## Elections & Voter Registration

📍 First Floor, Lucas Building
321 E. 12th Street
Des Moines, IA 50319

✈ **elections@sos.iowa.gov**

📞 **(515) 281-0145**

Case 2:25-cv-01552-RJC    Document 1-14    Filed 07/11/25    Page 5 of 5

## Safe at Home

📍 P.O. Box 959

Des Moines, IA 50304

✈ **safeathome@iowa.gov**

📞 **(515) 725-7233**

Accessibility