# EXHIBIT N



## TEXAS SECRETARY OF STATE

## MY VOTER PORTAL
### TEXAS ELECTIONET ADMINISTRATION SYSTEM

### Voter Information

Name: VIRGINIA LEE JACKSON
Address: 2327 ISABEL STREET
BAYTOWN TX 77521
Gender: FEMALE
Valid From: 01/01/2024
Effective Date of Registration: 10/20/2022
Voter Status: ACTIVE
County: HARRIS
Precinct: 250
VUID: ████████

**Change your Address**

### Upcoming Elections (Select Election for available polling information)

11/04/2025--2025 NOVEMBER 4TH CONSTITUTIONAL AMENDMENT

***Eligibility is determined by Effective Date of Registration (Must be on or before Election Day)

**Please Note:** Polling places are subject to change. Always check your designated polling place location via this website or by contacting your county prior to going to vote.

### ADDITIONAL QUESTIONS and FAQ

**Note:** Any questions now that you see your voter registration status? On Suspense? Don't live at that address anymore? Not sure what to do next? Check out our FAQ.

**Back**