# EXHIBIT O

## State of Minnesota

2450

# SECRETARY OF STATE

### CERTIFICATE OF INCORPORATION

I, Joan Anderson Growe, Secretary of State of Minnesota, do certify that: Articles of Incorporation, duly signed and acknowledged under oath, have been filed on this date in the Office of the Secretary of State, for the incorporation of the following corporation, under and in accordance with the provisions of the chapter of Minnesota Statutes listed below.

This corporation is now legally organized under the laws of Minnesota.

Corporate Name: A-BIO-VAC, INC.

Corporate Charter Number: 7Q-21

Chapter Formed Under: 302A

This certificate has been issued on 12/09/1992.



Joan Anderson Growe
Secretary of State.



# AMENDMENT
# OF
# ARTICLES OF INCORPORATION
# OF
# A-BIO-VAC, INC.

This amendment is effective on the day this document is filed with the Secretary of State of the State of Minnesota.

The following amendment to the Articles of Incorporation of the above corporation (the "corporation") was duly adopted by the shareholders and members of the Board of Directors of the corporation on October 15, 1999:

Article I of the Articles of Incorporation is amended to read as follows:

## ARTICLE I
## NAME, REGISTERED OFFICE, DURATION AND CORPORATE SEAL

Section 1.01    Name. The name of this corporation shall be American Contract Systems, Inc.

Section 1.02    Registered Office. The location and post office address of the registered office of this corporation shall be 1800 Fifth Street Towers, 150 South Fifth Street, Minneapolis, MN 55402-4218.

Article III of the Articles of Incorporation is amended to read as follows:

## ARTICLE III
## CAPITAL STOCK

Section 3.01    Authorized Stock.    The amount of the authorized capital of this corporation consists of two million shares of stock which shall be:



a.      One million five hundred thousand (1,500,000) shares of Class A Voting Common Stock with a par value of One Cent ($.01) per share; and

b.      Five hundred thousand (500,000) shares of undesignated stock."

The Board of Directors, by vote of a majority of its members, may issue undesignated stock in such classes or series and with such voting rights, dividends, redemption or liquidation preferences and other rights or limitations, with or without par value, as the Board of Directors may deem in

032812

the best interests of this corporation, subject to filing a statement of such rights or preferences not set forth herein, in the manner provided by law, and obtaining the approval of shareholders (if required by law).

Section 3.02 - Redemption of Stock. The corporation shall have the authority to purchase any and all of the outstanding shares of any and all classes of stock.

This amendment has been approved pursuant to chapter 302A, Minnesota Statutes. I certify that I am authorized to execute this amendment and I further certify that I understand that by signing this amendment, I am subject to penalties of perjury as set forth in section 609.48 as if I had signed this amendment under oath.

By: _____
David Thomson, President

421656_1

STATE OF MINNESOTA
DEPARTMENT OF STATE
FILED

NOV 10 1999

Secretary of State