# EXHIBIT P

**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**
**CIVIL ACTION**

| | |
|---|---|
| JEFFREY ROBERT FLESNER; MONICA FLESNER; GAEANN WEVER; ELAINE MCCOY; KARRI SUE MEACHUM; RHONDA JOHNSON; NANCY UHL; DARCI PLUMB; VIRGINIA JACKSON; SARAH RUMBAUGH; JOVASIA SIERRA SPIKES; GLORIA TUIN, individually,<br><br>**Plaintiffs**,<br><br>vs.<br><br>**AMERICAN CONTRACT SYSTEMS** 11600 Adelmo Lane Fort Myers, FL; 7802 E Telecom Parkway, Temple Terrace, Florida 33637; 85 Shaffer Park Drive Tiffin, Ohio; 1601 SE Gateway Drive, Suite 120 Grimes, Iowa; 7702 Parnell St Houston, Texas; 4040 Jackson Pointe Court, Building 4000 Zelienople, Pennsylvania, And<br><br>**JOHN DOE** A fictitious designation pursuant to Pa. R. Civ. P. 2005 for any company, entity, corporation, LLC, fictitious name, or person whose name, identity and/or actions) are presently unknown to plaintiff but whose wrongful, reckless, and/or negligent misconduct, related to emissions of ethylene oxide from the following AMERICAN CONTRACT SYSTEMS facilities: 11600 Adelmo Lane Fort Myers, FL; 7802 E Telecom Parkway, Temple Terrace, Florida 33637; 85 Shaffer Park Drive Tiffin, Ohio; 1601 SE Gateway Drive, Suite 120 Grimes, Iowa; 7702 Parnell St Houston, Texas; 4040 Jackson Pointe Court, Building 4000 Zelienople, Pennsylvania caused harm, injuries, and/or damages to the plaintiff in this action.<br><br>Defendants. | Case No. _____ |

**DEFENDANT AMERICAN CONTRACT SYSTEMS, INC.'S NOTICE TO ADVERSE PARTIES AND CIRCUIT COURT OF REMOVAL OF ACTION**

TO PLAINTIFFS AND THE FIRST JUDICIAL DISTRICT OF PENNSYLVANIA COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY:

PLEASE TAKE NOTICE that Defendant American Contract Systems, Inc. filed a Notice of Removal of this action in the United States District Court for the Eastern District of Pennsylvania on July 11, 2025. A copy of that Notice of Removal is attached hereto as Exhibit 1.

Defendant, having given written notice to the adverse parties upon serving and filing Defendant's Notice of Removal, and having filed this Notice with the Clerk of this Court, has effected the removal in accordance with 28 U.S.C. § 1446(d). This Court is respectfully requested to proceed no further in this action, unless and until such time as the action may be remanded by order of the United States District Court.

Dated: July 11, 2025

Respectfully submitted,

/s/ *Matthew Junk*
Matthew Junk, Esq. (Bar ID 86089)
Tyson & Mendes, LLP
919 Conestoga Rd.
Building Three, Suite 210
Bryn Mawr, PA 19010
Phone: (267) 215-3765
Fax: (267) 376-9863
mjunk@tysonmendes.com


Robert E. Johnston, Esq. (*pro hac vice app. forthcoming*)
rjohnston@hollingsworthllp.com
William J. Cople III, Esq. (*pro hac vice app. forthcoming*)
wcople@hollingsworthllp.com
Andrew L. Reissaus, Esq. (*pro hac vice app. forthcoming*)
wcople@hollingsworthllp.com
Aleksandra Rybicki, Esq. (*pro hac vice app. forthcoming*)
arybicki@hollingsworthllp.com
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Telephone: (202) 898-5800
Fax: (202) 682-1639

*Counsel for Defendant American Contract Systems, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on this 11th day of July, 2025, I electronically filed the foregoing American Contract Systems, Inc.'s Notice to Adverse Parties and Circuit Court of Removal of Action with the Clerk of the Court by using the court's electronic filing system. I further certify that a true and correct copy of American Contract Systems, Inc.'s Notice to Adverse Parties and Circuit Court of Removal of Action was caused to be served upon the following counsel via electronic mail and United States mail:

Edward J. Ciarimboli, Esq.
FELLERMAN & CIARIMBOL LAW, P.C.
183 Market Street, Suite 200
Kingston, PA 18704
570-718-1444

Gregory A. Cade
Kevin B. McKie
Gary A. Anderson
Dr. Corey Masuca
Jordan A. Cade
ENVIRONMENTAL LITIGATION GROUP, P.C.
2160 Highland Ave. S.
Birmingham, AL 35205
T: (205) 328-9200
F: (205) 328-9456
GregC@elglaw.com
Kmckie@elglaw.com
Gary@elglaw.com
Cmasuca@elglaw.com
Jordan@elglaw.com

*Counsel for Plaintiffs and the Putative Class*

<u>/s/ Matthew Junk</u>
Matthew Junk, Esq. (Bar ID 86089)
Tyson & Mendes
919 Conestoga Rd.
Building Three, Suite 210
Bryn Mawr, PA 19010
Phone: (267) 215-3765
Fax: (267) 376-9863
mjunk@tysonmendes.com

*Counsel for Defendant American Contract Systems, Inc.*