**APPENDIX G**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

                                    :
                                    :
                                    :
    V.                              :          Civil Action
                                    :          No:   2:25-cv-03572
                                    :
                                    :

DISCLOSURE STATEMENT FORM

Please check one box:

❏          The nongovernmental corporate party, _____
           , in the above listed civil action does not have any parent corporation and
           publicly held corporation that owns 10% or more of its stock.

❏          The nongovernmental corporate party, _____
           , in the above listed civil action has the following parent corporation(s) and
           publicly held corporation(s) that owns 10% or more of its stock:

           _____

           _____

           _____

           _____


                                        /s/ Matthew J. Junk
_____             _____
           Date                                Signature

                        Counsel for:    _____


**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a)    WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file
           two copies of a disclosure statement that:
           (1)    identifies any parent corporation and any publicly held corporation
                 owning10% or more of its stock;  or

           (2)    states that there is no such corporation.

    (b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
           (1)    file the disclosure statement with its first appearance, pleading,
                 petition, motion, response, or other request addressed to the court;
                 and
           (2)    promptly file a supplemental statement if any required information
                 changes.