# EXHIBIT 1

| | |
|---|---|
| **From:** | Rybicki, Aleksandra |
| **Sent:** | Friday, August 8, 2025 9:25 AM |
| **To:** | Job Stepanski; Reissaus, Andrew L. |
| **Cc:** | mjunk@tysonmendes.com |
| **Subject:** | RE: 2025.07.29 Flesner v. ACS to P Counsel- Call tomorrow? |

Thank you.  We will not sign your stipulation.  Should you move to dismiss the case without prejudice, we will oppose and ask the court to impose the conditions we requested on any dismissal. We are available to discuss this afternoon if needed.



**Aleksandra Rybicki**
Partner
202.898.5826 | arybicki@Hollingsworthllp.com
1350 I Street NW | Washington, DC 20005

**From:** Job Stepanski <jstepanski@fclawpc.com>
**Sent:** Thursday, August 7, 2025 4:12 PM
**To:** Reissaus, Andrew L. <AReissaus@Hollingsworthllp.com>
**Cc:** mjunk@tysonmendes.com; Rybicki, Aleksandra <arybicki@Hollingsworthllp.com>
**Subject:** RE: 2025.07.29 Flesner v. ACS to P Counsel- Call tomorrow?

**[External Message]**

Drew,

After speaking with co-counsel, we cannot sign the stipulation with the terms outlined. While we have no current intentions of seeking further litigation against ACS we cannot agree to bind our clients to the putative terms currently outlined therein. We would agree to sign the attached.

Myself and co-counsel can also make ourselves available tomorrow for a call to discuss.

Thank you



Job
Stepanski
Attorney
Fellerman & Ciarimboli Law PC
183 Market St | Suite 200
Kingston, PA 18704
Direct Dial:  (272) 322-8015
Fax: (570) 714-7255



CONNECT WITH ME

*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.*

**From:** Job Stepanski
**Sent:** Thursday, August 7, 2025 8:55 AM

**To:** Reissaus, Andrew L. <AReissaus@Hollingsworthllp.com>
**Cc:** mjunk@tysonmendes.com; Rybicki, Aleksandra <arybicki@Hollingsworthllp.com>
**Subject:** RE: 2025.07.29 Flesner v. ACS to P Counsel- Call tomorrow?

Drew,
I am speaking with my co-counsel this morning and I will let you know if a call makes sense for this afternoon.

Thank you





*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.*

**From:** Reissaus, Andrew L. <AReissaus@Hollingsworthllp.com>
**Sent:** Wednesday, August 6, 2025 5:17 PM
**To:** Job Stepanski <jstepanski@fclawpc.com>
**Cc:** mjunk@tysonmendes.com; Rybicki, Aleksandra <arybicki@Hollingsworthllp.com>
**Subject:** Re: 2025.07.29 Flesner v. ACS to P Counsel- Call tomorrow?

Good afternoon,

I'm circling back on this, given Monday's filing deadline. Let us know if a call tomorrow makes sense.

-Drew



**Andrew Reissaus**
Partner
202.898.5855 | AReissaus@Hollingsworthllp.com
1350 I Street NW | Washington, DC 20005

**From:** Reissaus, Andrew L. <AReissaus@Hollingsworthllp.com>
**Sent:** Tuesday, August 5, 2025 11:18 AM
**To:** jstepanski@fclawpc.com <jstepanski@fclawpc.com>
**Cc:** mjunk@tysonmendes.com <mjunk@tysonmendes.com>; Rybicki, Aleksandra <arybicki@Hollingsworthllp.com>
**Subject:** FW: 2025.07.29 Flesner v. ACS to P Counsel- Call tomorrow?

Dear Job,

Matt forwarded us your email. ACS is willing to consider a stipulated dismissal, although a dismissal with prejudice may be simpler if plaintiffs do not intend to pursue claims against ACS. For a stipulated dismissal without prejudice, there are

2

conditions that would need to be agreed to in order to protect ACS's rights. We have prepared a proposed stipulation for your consideration. We can be available to discuss as needed.

Best,
Drew

---

**From:** Job Stepanski <jstepanski@fclawpc.com>
**Sent:** Friday, August 1, 2025 12:32 PM
**To:** Matthew Junk <mjunk@tysonmendes.com>
**Subject:** RE: 2025.07.29 Flesner v. ACS to P Counsel- Call tomorrow?

Good Afternoon Matt-

Please see what I received from co-counsel below regarding the questions that you guys wanted answered.

After a broader internal review, we made the decision to seek voluntary dismissal of this case. We take our filing obligations seriously, and we periodically reassess matters as additional context and data come into focus. In this instance, we concluded that dismissal is appropriate.

While we take care to ensure accuracy at the time of filing, like any complex matter, our understanding evolves as we continue to investigate. Based on that process, we determined that proceeding with this litigation was no longer the right course. At this time, we do not anticipate further litigation involving these claims.

Thank you!



**Job Stepanski**
Attorney
Fellerman & Ciarimboli Law PC
183 Market St | Suite 200
Kingston, PA 18704
Direct Dial: (272) 322-8015
Fax: (570) 714-7255



CONNECT WITH ME

*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.*

---

**From:** Matthew Junk <mjunk@tysonmendes.com>
**Sent:** Thursday, July 31, 2025 3:35 PM
**To:** Job Stepanski <jstepanski@fclawpc.com>
**Subject:** RE: 2025.07.29 Flesner v. ACS to P Counsel- Call tomorrow?

No worries. We're waiting thanks.

---

**From:** Job Stepanski <jstepanski@fclawpc.com>
**Sent:** Thursday, July 31, 2025 3:31 PM

**To:** Matthew Junk <mjunk@tysonmendes.com>
**Subject:** Re: 2025.07.29 Flesner v. ACS to P Counsel- Call tomorrow?

Matt- I am running 5 mins late. I am sorry
Sent from my iPad

On Jul 30, 2025, at 8:51 AM, Matthew Junk <mjunk@tysonmendes.com> wrote:

I'm pretty open so let me know if something else is better. Don't want to jam you up.

Matthew Junk
**Senior Counsel**
**Tyson & Mendes, LLP**
919 Conestoga Rd., Building 3, Suite 210
Bryn Mawr, PA 19010
Main: 267.215.3765
Direct: 267.297.0014
Fax: 267.376.9863
mjunk@tysonmendes.com
www.tysonmendes.com

*This email and any attachments are from the law firm of Tyson & Mendes, LLP. This email is intended only for the use of the addressee and may contain information that is proprietary, confidential, privileged, or protected by state or federal law. If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this email and attachments are prohibited. If you received this email in error, please notify us by reply email immediately so we may arrange for the retrieval of the information.*

**From:** Job Stepanski <jstepanski@fclawpc.com>
**Sent:** Wednesday, July 30, 2025 8:50:26 AM
**To:** Matthew Junk <mjunk@TysonMendes.com>
**Subject:** RE: 2025.07.29 Flesner v. ACS to P Counsel- Call tomorrow?

Matt- I will make 330 work.

Thank you

<image001.png>

*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.*

**From:** Matthew Junk <mjunk@TysonMendes.com>
**Sent:** Wednesday, July 30, 2025 8:49 AM
**To:** Job Stepanski <jstepanski@fclawpc.com>
**Subject:** Re: 2025.07.29 Flesner v. ACS to P Counsel- Call tomorrow?

How about 3:30? Unless I'm misreading your available times.

4

Matthew Junk
**Senior Counsel**
**Tyson & Mendes, LLP**
919 Conestoga Rd., Building 3, Suite 210
Bryn Mawr, PA 19010
Main: 267.215.3765
Direct: 267.297.0014
Fax: 267.376.9863
mjunk@tysonmendes.com
www.tysonmendes.com

*This email and any attachments are from the law firm of Tyson & Mendes, LLP.  This email is intended only for the use of the addressee and may contain information that is proprietary, confidential, privileged, or protected by state or federal law.  If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this email and attachments are prohibited.  If you received this email in error, please notify us by reply email immediately so we may arrange for the retrieval of the information.*

**From:** Job Stepanski <jstepanski@fclawpc.com>
**Sent:** Wednesday, July 30, 2025 8:11:40 AM
**To:** Matthew Junk <mjunk@TysonMendes.com>
**Subject:** RE: 2025.07.29 Flesner v. ACS to P Counsel- Call tomorrow?

Matt-
I am in a mediation today that will likely be all day. I am available tomorrow after 11-3 or after 5pm . Let me know if any of those time work for you all.

Thank you

<image001.png>

*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.*

**From:** Matthew Junk <mjunk@TysonMendes.com>
**Sent:** Tuesday, July 29, 2025 5:19 PM
**To:** Job Stepanski <jstepanski@fclawpc.com>
**Subject:** 2025.07.29 Flesner v. ACS to P Counsel- Call tomorrow?

Job, my co-counsel colleagues and I would like to discuss your dismissal proposal/request. Can you let me know if you are available tomorrow 7/30? I have appointments at 9-10 and 2-3. But other than that I am free. Thanks.

<image002.png>

Matthew Junk
**Senior Counsel**
**Tyson & Mendes, LLP**

5

919 Conestoga Rd., Building 3, Suite 210
Bryn Mawr, PA 19010
Main: 267.215.3765
Direct: 267.297.0014
Fax: 267.376.9863
mjunk@tysonmendes.com
www.tysonmendes.com
<image003.png>

*This email and any attachments are from the law firm of Tyson & Mendes, LLP.  This email is intended only for the use of the addressee and may contain information that is proprietary, confidential, privileged, or protected by state or federal law.  If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this email and attachments are prohibited.  If you received this email in error, please notify us by reply email immediately so we may arrange for the retrieval of the information.*

**Disclaimer**

This electronic message contains information from the law firm of Hollingsworth LLP, which may be confidential or privileged. The information is for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic transmission in error, please notify us immediately at (202) 898-5800.