**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JEFFREY ROBERT FLESNER; MONICA FLESNER; GAEANN WEVER; ELAINE MCCOY; KARRI SUE MEACHAM; RHONDA JOHNSON; NANCY UHL; DARCI PLUMB; VIRGINIA JACKSON; SARAH RUMBAUGH; JOVASIA SIERRA SPIKES; GLORIA TUIN,** individually, | |
| | Case No. 2:25-cv-03572-MMB |
| **Plaintiffs,** | Judge Michael M. Baylson |
| vs. | |
| **AMERICAN CONTRACT SYSTEMS** | |
| 11600 Adelmo Lane Fort Myers, FL; 7802 E Telecom Parkway, Temple Terrace, Florida 33637; 85 Shaffer    Park Drive Tiffin, Ohio; 1601 SE Gateway Drive, Suite 120 Grimes, Iowa; 7702 Parnell St Houston, Texas; 4040 Jackson Pointe Court, Building 4000 Zelienople, Pennsylvania, | |
| And | |
| **JOHN DOE** | |
| A fictitious designation pursuant to Pa. R. Civ. P. 2005 for any company, entity, corporation, LLC, fictitious name, or person whose name, identity and/or actions) are presently unknown to plaintiff but whose wrongful, reckless, and/or negligent misconduct, related to emissions of ethylene oxide from the following AMERICAN CONTRACT SYSTEMS facilities: 11600 Adelmo Lane Fort Myers, FL; 7802 E Telecom Parkway, Temple Terrace, Florida 33637; 85 Shaffer Park Drive Tiffin, Ohio; 1601 SE Gateway Drive, Suite 120 Grimes, Iowa; 7702 Parnell St Houston, Texas; 4040 Jackson Pointe Court, Building 4000 Zelienople, Pennsylvania caused harm, injuries, and/or damages to the plaintiff in this action. | |
| **Defendants.** | |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2025, upon Plaintiffs' Motion for Voluntary Dismissal Without Prejudice and Defendant American Contract Systems, Inc.'s Opposition to Plaintiffs' motion, it is hereby

ORDERED that Plaintiff's motion to dismiss without prejudice is GRANTED upon the following two conditions on the potential filing of any asserted claims by plaintiffs or plaintiffs' counsel against ACS, or any related entity: (1) any filing must be in the Eastern District of Pennsylvania, or, if jurisdiction does not exist or venue is improper in the Eastern District of Pennsylvania, another federal district court with jurisdiction; and (2) any filing will not join a party that would defeat federal jurisdiction.

**BY THE COURT:**

_____

BAYLSON, J.

1