UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY ROBERT FLESNER; MONICA FLESNER; GAEANN WEVER; ELAINE MCCOY; KARRI SUE MEACHAM; RHONDA JOHNSON; NANCY UHL; DARCI PLUMB; VIRGINIA JACKSON; SARAH RUMBAUGH; JOVASIA SIERRA SPIKES; GLORIA TUIN, individually,<br><br>**Plaintiffs**,<br><br>vs.<br><br>**AMERICAN CONTRACT SYSTEMS**<br>11600 Adelmo Lane Fort Myers, FL; 7802 E Telecom Parkway, Temple Terrace, Florida 33637; 85 Shaffer Park Drive Tiffin, Ohio; 1601 SE Gateway Drive, Suite 120 Grimes, Iowa; 7702 Parnell St Houston, Texas; 4040 Jackson Pointe Court, Building 4000 Zelienople, Pennsylvania,<br><br>And<br><br>**JOHN DOE**<br>A fictitious designation pursuant to Pa. R. Civ. P. 2005 for any company, entity, corporation, LLC, fictitious name, or person whose name, identity and/or actions) are presently unknown to plaintiff but whose wrongful, reckless, and/or negligent misconduct, related to emissions of ethylene oxide from the following AMERICAN CONTRACT SYSTEMS facilities: 11600 Adelmo Lane Fort Myers, FL; 7802 E Telecom Parkway, Temple Terrace, Florida 33637; 85 Shaffer Park Drive Tiffin, Ohio; 1601 SE Gateway Drive, Suite 120 Grimes, Iowa; 7702 Parnell St Houston, Texas; 4040 Jackson Pointe Court, Building 4000 Zelienople, Pennsylvania caused harm, injuries, and/or damages to the plaintiff in this action.<br><br>**Defendants**. | Case No. 2:25-cv-01552-RJC<br>Judge Robert J. Colville |

**DEFENDANT AMERICAN CONTRACT SYSTEMS, INC.'S
SECOND SUPPLEMENTAL OPPOSITION TO PLAINTIFFS' MOTION FOR
<u>VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

Defendant American Contract Systems, Inc. ("ACS") submits this supplemental brief to inform the Court of additional developments pertinent to plaintiffs' pending Motion for Voluntary Dismissal Without Prejudice (Dkt. No. 13). ACS initially opposed plaintiffs' Motion because it appeared that the requested dismissal could be used to evade federal jurisdiction following ACS's removal to federal court. *See* Opp'n, Dkt. No. 14. ACS supplemented its opposition on October 6, after receiving fifty "pre-litigation" demand letters from plaintiffs' counsel—including for eleven of the twelve named plaintiffs in this case, as well as thirty-nine members of the purported classes in plaintiffs' Complaint (*i.e.*, Bodily Injury, Property Value Damage, and Medical Monitoring). Supp. Opp'n, Dkt. No. 21.

Since ACS's supplemental opposition, plaintiffs' counsel delivered to ACS additional batches of demand letters for the same fifty plaintiffs—including some dated just two days **after** ACS filed its Opposition. These most recent letters attach "Sample Complaints," including for named plaintiffs, that confirm plaintiffs and their counsel intend to pursue the exact same individual and class allegations raised in the underlying Complaint in this action. *Compare* Ex. 1, Sample Compl. For Named Plaintiff Tuin ¶¶ 11-22, 156(a)-(f) (class action allegations) *with* Compl. ¶¶ 11-22, 206(a)-(f) (same), Dkt. No. 1-3.

Plaintiffs' counsel's deliberate actions in sending multiple batches of duplicative demands and sample complaints to ACS contradict their repeated representations to ACS and Judge Baylson in the Eastern District of Pennsylvania that they "do not anticipate further litigation." The obvious conclusion is that plaintiffs' Motion was presented for the sole purpose of circumventing federal subject matter jurisdiction and ACS's statutory removal rights. Thus, this Court may properly deny dismissal. *See* Opp'n at 2, Dkt. No. 14 (collecting cases); *see also* Supp. Opp'n at 4, Dkt. No. 21 (citing *Thatcher v. Hanover Ins. Grp., Inc.*, 659 F.3d 1212, 1215 (8th Cir. 2011)).

| | |
|---|---|
| Dated: October 28, 2025 | Respectfully submitted, |
| Andrew L. Reissaus, Esq. (*pro hac vice forthcoming*)<br>areissaus@hollingsworthllp.com<br>Hollingsworth LLP<br>1350 I Street, NW<br>Washington, DC 20005<br>Telephone: (202) 898-5800<br>Fax: (202) 682-1639 | /s/ *Matthew Junk*<br>Matthew Junk, Esq. (PA 86089)<br>Tyson & Mendes<br>919 Conestoga Rd.<br>Building Three, Suite 210<br>Bryn Mawr, PA 19010<br>Phone: (267) 215-3765<br>Fax: (267) 376-9863<br>mjunk@tysonmendes.com |

*Counsel for Defendant American Contract Systems, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 28, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which provided electronic service upon all counsel of record.

/s/ *Matthew Junk*
Matthew Junk, Esq.